IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:08-CV-54-GCM**

| | |
|---|---|
| MYRA JOHNSON, on behalf of herself and others similarly situated, Plaintiff, v. SPRINT NEXTEL CORPORATION and SPRINT SOLUTIONS, INC., Defendants. | **ORDER GRANTING ADMISSION PRO HAC VICE** |

**THIS MATTER** is before the Court upon the motion of Plaintiff Myra Johnson and others similarly situated in the above captioned case to to allow **Alan J. Statman, Kelly Lundrigan, Jeffry P. Harris, Sherri R. Savett, Michael T. Fatini, and John Lambiras** to appear *Pro Hac Vice*, dated February 28, 2008 [doc # 6].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that attorneys Statman, Lundrigan, Harris, Savett, Fatini, and Lambiras have paid Two Hundred and Fifty Dollars ($250.00) each, totaling One Thousand, Five Hundred Dollars ($1,500.00) to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: March 5, 2008

Graham C. Mullen
United States District Judge