THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

| | |
|---|---|
| MYRA JOHNSON, on behalf of herself and all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 3:08-CV-00054-GCM<br>) |
| SPRINT NEXTEL CORPORATION and SPRINT SOLUTIONS, INC., | )<br>)<br>) |
| Defendants. | )<br>) |

**ORDER GRANTING CONSENT MOTION OF DEFENDANTS FOR
EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

This matter is before the Court on the Defendants' Consent Motion for Extension of Time to file and serve their responsive pleadings to the Complaint; and the Court finds, in its discretion, that excusable neglect and good cause exist to allow Defendants' Motion; and the Court further finds that the Plaintiff and her counsel and Defendants and their Counsel have consented to the entry of this Order.

It is hereby Ordered that (a) further service of process of the Complaint and Summons upon the Defendants in this action is waived, (b) Plaintiff's Motion For Entry of Default is withdrawn and (c) each Defendant shall have through and including April 21, 2008 to move under Rule 12, answer or respond otherwise to the Complaint.

Signed: March 24, 2008

_[signature]_

Graham C. Mullen
United States District Judge