IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:08-CV-54-GCM**

| | |
|---|---|
| MYRA JOHNSON, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>SPRINT NEXTEL CORPORATION and SPRING SOLUTIONS, INC.,<br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  **ORDER GRANTING**<br>)  **ADMISSION PRO HAC VICE**<br>)<br>)<br>)<br>) |

    **THIS MATTER** is before the Court upon the motion of Defendants Sprint Nextel Corporation and Sprint Solutions, Inc., to allow **Michael Kovaka** to appear *Pro Hac Vice*, dated March 31, 2008 [doc # 16].

    Upon careful review and consideration, this Court will grant the Application.

    In accordance with Local Rule 83.1 (B), the Court notes that Mr. Kovaka has paid the fee of Two Hundred and Fifty Dollars ($250.00) to the Clerk of Court.

    **IT IS SO ORDERED.**

                                                 Signed: April 2, 2008

                                                 Graham C. Mullen
                                                 United States District Judge