IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:08-CV-54-GCM**

| | |
|---|---|
| MYRA JOHNSON, on behalf of herself and all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | ) **ORDER GRANTING** |
| | ) **ADMISSION PRO HAC VICE** |
| SPRINT NEXTEL CORPORATION and SPRING SOLUTIONS, INC., | )<br>) |
| Defendants. | ) |

    **THIS MATTER** is before the Court upon the motion of Defendants Sprint Nextel Corporation and Sprint Solutions, Inc., to allow **David E. Mills** to appear *Pro Hac Vice*, dated April 1, 2008 [doc # 17].

    Upon careful review and consideration, this Court will grant the Application.

    In accordance with Local Rule 83.1 (B), the Court notes that Mr. Mills has paid the fee of Two Hundred and Fifty Dollars ($250.00) to the Clerk of Court.

    **IT IS SO ORDERED.**

    Signed: April 2, 2008

Graham C. Mullen
United States District Judge