# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Myra Johnson,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                            3:08cv54

Sprint Solutions, Inc. Et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/29/2008 Order.

Signed: July 29, 2008

Frank G. Johns, Clerk
United States District Court